# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

COURTNEY SMITH,                                                       PLAINTIFF
ADC #149926

v.                          NO. 4:14CV00753 JLH

KENNETH R. HARNESS,
Police Officer, Jacksonville Police Department, *et al.*            DEFENDANTS

## ORDER

Courtney Smith has filed two motions for subpoenas to be issued. The Court has appointed a lawyer to represent Smith, so the lawyer will handle those issues. The motions for subpoenas are therefore DENIED AS MOOT. Documents #47 and #51.

IT IS SO ORDERED this 15th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE